[Nos. 13816-0-III; 13857-7-III.    Division Three.    February 13, 1997.]

KERRI L. WILKS, ET AL., *Respondents*, v. RAYMOND M.
BATTEN JR., ET AL., *Appellants*.

COREY L. WILKS, *as Executor, Respondent*, v.
RAYMOND M. BATTEN, ET AL., *Appellants*, KEITH
HOLLENBECK, ET AL., *Respondents*.

Appeals from judgments of the Superior Court for
Spokane County, Nos. 91-2-03142-2 and 91-2-01979-1, Robert H. Whaley, J., entered December 29, 1993 and Janu-

ary 24, 1994. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis, J., and Munson, J. Pro Tem.